# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ROUSE CONSTRUCTION COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 3:16-cv-510 |
| ROUSE CONSTRUCTION INTERNATIONAL, INC. | ) ) ) ) | |
| Defendant. | ) | |
| | | |
| ROUSE CONSTRUCTION INTERNATIONAL, INC. | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | NO. 3:16-cv-520 |
| ROUSE CONSTRUCTION COMPANY, ANTONIO PERFETTO, RONALD PERFETTO, DAVID DONAHUE, JERRY D. DEVINE, and JOHN DOES 1-10, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

It appears to the Court, pursuant to Fed. R. Civ. P. 41 and Local Rule 68.1, and as evidenced by the signatures of counsel for the parties below, that all matters in dispute have been resolved. It is, accordingly,

1

**ORDERED** that the above consolidated actions, and all claims asserted by the parties therein, are dismissed with prejudice. Each party shall bear its own costs and fees, including attorneys' fees. No discretionary costs shall be assessed. No appeal shall be taken by any party. Entered this 13th day of February, 2018.

_____
Pamela L. Reeves
United States District Court Judge

**APPROVED FOR ENTRY:**

/s/ Ryan N. Shamblin
D. Scott Hurley, Esquire BPR #011001
Ryan N. Shamblin, Esquire BPR #022280
The Hurley Law Firm, P. C.
205 Mohican Street
Knoxville, Tennessee 37919
(865) 523-1414

/s/ Dustin T. Greene
Dustin T. Greene, Esquire N.C. Bar No. 38193
Richard Keshian, Esquire BPR #033726
Kilpatrick Townsend & Stockton, LLP
101 West Fourth Street
Winston-Salem, NC 27101
(336) 607-7300

/s/ Joshua D. Wilson
Joshua D. Wilson B.P.R. No. 031486
KING & BALLOW
315 Union St.
Suite 1100
Nashville, TN 37201
Tel: (615) 726-5427
jwilson@kingballow.com